CAROLINE ADA SYKES, petitioner-respondent,

*v.*

LUTHER HARRISON SYKES, defendant-appellant.

[Submitted May 28th, 1927.   Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Berry.

*Messrs. O'Brien & Tartalsky (Samuel Tartalsky,* of counsel), for the appellant.

*Mr. Howard Ewart,* for the respondent.

PER CURIAM.

We are of the opinion that the decree under review was quite justified by the evidence.   We think that the evidence (which we have examined with care) established willful, continued and obstinate desertion upon the part of the defendant husband for the term of two years.

The decree will therefore be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   14 .

*For reversal*—None.